1  William A. Munck (Texas State Bar No. 00786127)
   Jamil N. Alibhai (Texas State Bar No. 00793248)
2  **MUNCK CARTER, LLP**
3  600 Banner Place
   12770 Coit Road
4  Dallas, Texas 75251
   Telephone: (972) 628-3600
5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| **GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC,**<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>**QUALCOMM INCORPORATED, SNAPTRACK, INC., and NORMAN KRASNER,**<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 3:08-cv-01992-MMA-POR<br><br>**DECLARATION OF JAMIL N. ALIBHAI IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFFS GABRIEL TECHNOLOGIES CORPORATION AND TRACE TECHNOLOGIES, LLC**<br><br>**DATE:   January 25, 2010**<br>**TIME:    2:30 p.m.**<br>**COURTROOM:   5**<br><br>**DEMAND FOR JURY TRIAL** |

I, Jamil N. Alibhai, declare:

1. I am a partner at Munck Carter, LLP ("Munck Carter"), counsel of record for Plaintiffs Gabriel Technologies Corporation ("Gabriel") and Trace Technologies, LLC (collectively, Plaintiffs). I have personal knowledge of the following and if called upon I could and would competently testify thereto.

2. A copy of Munck Carter's motion to withdraw has been served on counsel for defendants and on the CEO and General Counsel of Gabriel, George Tingo (by electronic and U.S. mail).

3. Counsel for defendants, Jeffrey Karr, has indicated that defendants do not oppose this motion.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed December 22, 2009, in Dallas, Texas.

    /s/ Jamil N. Alibhai
    Jamil N. Alibhai