COOLEY LLP
STEVEN M. STRAUSS (99153) (sms@cooley.com)
JOHN S. KYLE (199196) (jkyle@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

TIMOTHY S. TETER (171451) (teterts@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
QUALCOMM INCORPORATED, SNAPTRACK, INC. and
NORMAN KRASNER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED, SNAPTRACK, INC. and NORMAN KRASNER,<br><br>Defendants. | Case No. 08-cv-1992 MMA POR<br><br>**DEFENDANTS QUALCOMM, INCORPORATED, SNAPTRACK INC., AND NORMAN KRASNER'S NOTICE OF MOTION AND MOTION FOR A BOND PURSUANT TO C.C.P. § 1030**<br><br>Date: August 2, 2010<br>Time: 2:30 p.m.<br>Judge: Hon. Michael M. Anello |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on August, 2, 2010, at 2:30 p.m. in Courtroom 5 of the above-captioned Court, located at 940 Front Street, San Diego, California, Defendants Qualcomm Incorporated, SnapTrack, Inc., and Norman Krasner will and hereby do move the Court for an order that Plaintiffs Gabriel Technologies Corporation and Trace Technologies, LLC post a bond of $2,900,000 in accordance with the Court's inherent authority and California Code of Civil Procedure section 1030, as set forth in greater detail in the accompanying papers in support of this motion. Defendants bring the present motion pursuant to the Court's inherent power, Civ L.R. 65.1.2(a), and C.C.P. section 1030.

    This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of John S. Kyle and the exhibits thereto, the accompanying Request for Judicial Notice, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Motion.

Dated: July 2, 2010                              COOLEY LLP

                                                           */s/ John S. Kyle*
                                          STEVEN M. STRAUSS (sms@cooley.com)
                                          JOHN S. KYLE (jkyle@cooley.com)
                                          Attorneys for Defendants

677307/SD

COOLEY LLP
ATTORNEYS AT LAW

1.

**NOTICE OF MOTION AND MOTION FOR BOND**
**08-CV-1992 MMA POR**