John van Loben Sels (State Bar No. 201354)
**WANG, HARTMANN, GIBBS & CAULEY, P.L.C.**
2750 W. El Camino Real, Suite 440
Mountain View, California 94040
Telephone: (650) 209-1230
jvanlobensels@whgclaw.com

Peter A. Sullivan (New York State Bar No. 2563039)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
sullivan@hugheshubbard.com

Gregory M. Williams (District of Columbia Bar No. 467950)
**HUGHES HUBBARD & REED LLP**
1775 I Street, N.W., Suite 600
Washington, D.C. 20006
Telephone: (202) 721-4600
williamg@hugheshubbard.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC,**<br><br>                    Plaintiffs,<br><br>vs.<br><br>**QUALCOMM INCORPORATED, SNAPTRACK, INC., and NORMAN KRASNER,**<br><br>                    Defendants. | CIVIL ACTION NO. 3:08-cv-01992-MMA-POR<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR A BOND PURSUANT TO C.C.P. § 1030**<br><br>**Date:           September 7, 2010**<br>**Time:          2:30 p.m.**<br>**Judge:         Hon. Michael M. Anello** |

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**

**(FILED UNDER SEAL)**