UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC,<br><br>           Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED; SNAPTRACK, INC.; and NORMAN KRASNER,<br><br>           Defendants. | Civil No.   08-cv-1992-MMA (POR)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO STAY DISCOVERY**<br><br>**[Doc. 111]** |

On September 30, 2010, Plaintiffs Gabriel Technology Corporation and Trace Technologies, LLC filed the instant Motion to Stay Discovery or to Modify the Scheduling Order. [Doc. 111]. Plaintiffs contend that any additional discovery will be rendered moot if they are unable to post the outstanding bond issued by the Honorable Judge Michael M. Anello on September 20, 2010. [Doc. 110]. Defendants oppose Plaintiffs' request to stay all discovery, but are amenable to a partial stay. [Doc. 113]. Good cause appearing, the Court hereby GRANTS Plaintiffs' Motion to Stay Discovery

//
//
//
//

1 | pending the issuance of a bond or until **December 20, 2010**, the expiration of the 90-day period for
2 | Plaintiff to do so.
3 |
4 | DATED: October 12, 2010
5 | _[signature]_
    LOUISA S PORTER
    United States Magistrate Judge
6 |
7 | cc:   The Honorable Michael M. Anello
       All parties