# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, INC., | CASE NO. 08 CV 1992 MMA (POR) |
|---|---|
| Plaintiff, | **ORDER APPROVING BOND** |
| vs. | |
| QUALCOMM INCORPORATED; SNAPTRACK, INC.; and NORMAN KRASNER, | |
| Defendants. | |

On December 16, 2010, Plaintiffs Gabriel Technologies Corporation and Trace Technologies, Inc. provided "Notice of Manual Filing and Posting of Bond" in the amount of $800,000, as required by the Court's September 20, 2010 Order. [*See* Doc. Nos. 120, 121, 110.] The Court has reviewed Plaintiffs' Notice and accompanying exhibits, and hereby **APPROVES** the foregoing bond.

DATED: December 22, 2010

Hon. Michael M. Anello
United States District Judge