- i -

John van Loben Sels (State Bar No. 201354)
**WANG, HARTMANN, GIBBS & CAULEY, P.L.C.**
2570 W. El Camino Real, Suite 440
Mountain View, California 94040
johnvanlobensels@whgclaw.com
Telephone: (650) 209-1230
Facsimile:  (650) 209-1231

Peter A. Sullivan (New York State Bar No. 2563039)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004
sullivan@hugheshubbard.com
Telephone:  (212) 837-6000
Facsimile: (212) 422-4726

Gregory M. Williams (District of Columbia Bar No. 467950)
**HUGHES HUBBARD & REED LLP**
1775 I Street, N.W., Suite 600
Washington, D.C. 20006
williamg@hugheshubbard.com
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC,**<br>                    Plaintiffs,<br><br>vs.<br><br>**QUALCOMM INCORPORATED, SNAPTRACK, INC., and NORMAN KRASNER,**<br>                    Defendants. | **CIVIL ACTION NO. 3:08-cv-01992-MMA-POR**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER TO SUBMIT CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date:           February 7, 2011<br>Time:          2:30 p.m.<br>Judge:        Hon. Louisa S. Porter |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE** that on February 7, 2011 at 2:30 p.m. in Courtroom H of the above-captioned Court, located at 940 Front Street, San Diego, California, Plaintiffs Gabriel Technologies Corporation and Trace Technologies, LLC (collectively "Plaintiffs"), will and hereby do move the Court for an order permitting the filing under seal of certain documents submitted in support of Plaintiffs' Reply Memorandum in Support of their Motion to Compel.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Motion.

Dated: February 2, 2011

WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
HUGHES HUBBARD & REED LLP

*/s/ John van Loben Sels*
John D. van Loben Sels
Peter A. Sullivan
Gregory M. Williams