# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL TECHNOLOGIES CORPORATION, et al.,<br><br>      Plaintiffs,<br><br>   vs.<br><br>QUALCOMM INCORPORATED, et al.,<br><br>      Defendants. | CASE NO. 08cv1992-AJB (MDD)<br><br>ORDER GRANTING EX PARTE APPLICATION FOR RELIEF FROM THE MAY 21, 2012 AMENDED CASE MANAGEMENT ORDER REGARDING DAMAGES ISSUE<br><br>[ECF NO. 270] |

On June 20, 2012, Plaintiffs filed an ex parte Motion to Suspend the May 21, 2012, Amended Case Management Order with Respect to Damages Issues. (ECF No. 270). In their motion, the parties request "that the Court suspend the current deadlines relating to damages in this matter in light of Magistrate Judge Dembin's June 15, 2012 Order requesting further briefing on those issues." (Id.) On June 21, 2012, Defendants filed a response and do not oppose Plaintiffs' request. (ECF No. 271). Good cause appearing, the parties' Motion is **GRANTED**.

IT IS HEREBY ORDERED:

1. Discovery deadlines regarding the damages issue shall be stayed pending Judge Dembin's ruling on the current discovery dispute. (ECF No. 266).

//

//

2. All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

DATED: June 27, 2012

*[signature]*
Hon. Mitchell D. Dembin
U.S. Magistrate Judge