John van Loben Sels (State Bar No. 201354)
**WANG, HARTMANN, GIBBS & CAULEY, P.L.C.**
2570 W. El Camino Real, Suite 440
Mountain View, California 94040
johnvanlobensels@whgclaw.com
Telephone: (650) 209-1230
Facsimile: (650) 209-1231

Peter A. Sullivan (New York State Bar No. 2563039)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004
sullivan@hugheshubbard.com
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Gregory M. Williams (District of Columbia Bar No. 467950)
**HUGHES HUBBARD & REED LLP**
1775 I Street, N.W., Suite 600
Washington, D.C. 20006
williamg@hugheshubbard.com
Telephone: (202) 721-4600
Facsimile: (202) 721-4646

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| **GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC,**<br><br>                    Plaintiffs,<br><br>     vs.<br><br>**QUALCOMM INCORPORATED, SNAPTRACK, INC., and NORMAN KRASNER,**<br><br>                    Defendants. | **CIVIL ACTION NO. 3:08-cv-01992-AJB-MDD**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER TO SUBMIT CERTAIN DOCUMENTS UNDER SEAL** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE** that on July 20, 2012 at 2:30 p.m. in Courtroom 5 of the

3  above-captioned Court, located at 940 Front Street, San Diego, California, Plaintiffs Gabriel

4  Technologies Corporation and Trace Technologies, LLC (collectively "Plaintiffs"), will and

5  hereby do move the Court for an order permitting the filing under seal Plaintiffs' Response Brief

6  Regarding Damages Discovery Pursuant to Magistrate Judge Dembin's July 6. 2012 Order.

7  This Motion is based on this Notice of Motion and Motion, the accompanying

8  Memorandum of Points and Authorities, all records and papers on file in this action, and any

9  evidence or oral argument offered at any hearing on this Motion.

11  Dated: July 20, 2012

WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
HUGHES HUBBARD & REED LLP

*/s/ John van Loben Sels*
John van Loben Sels
Peter A. Sullivan