John van Loben Sels (State Bar No. 201354)
**WANG, HARTMANN, GIBBS & CAULEY, P.L.C.**
2570 W. El Camino Real, Suite 440
Mountain View, California 94040
johnvanlobensels@whgclaw.com
Telephone: (650) 209-1230
Facsimile: (650) 209-1231

Peter A. Sullivan (New York State Bar No. 2563039)
Ronald Abramson (New York State Bar No. 1457126)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004
sullivan@hugheshubbard.com
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>**QUALCOMM INCORPORATED, SNAPTRACK, INC., and NORMAN KRASNER,**<br><br>　　　　　　　　　Defendants. | **CIVIL ACTION NO. 3:08-cv-01992-AJB-MDD**<br><br>**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

///

///

///

- 1 -

**PROCEDURAL BACKGROUND**

Plaintiffs refer the Court to Defendants' Memorandum of Points and Authorities in Support of Motion for an Order to Submit Certain Documents Under Seal (Doc. No. 277) and the Court's July 16, 2012 Order granting that motion (Doc. No. 280). Briefly, the Court's Protective Order of April 21, 2010 (Doc. No. 67) generally prohibits the disclosure of confidential materials and provides that a party who wishes to file confidential information under seal must first seek permission from the Court under Civil Local Rule 79.2.

**ARGUMENT**

Plaintiffs move to file under seal the following documents:

Plaintiffs' Response Brief Regarding Damages Discovery Pursuant to Magistrate Judge Dembin's July 6. 2012 Order ("Plaintiffs' Response Brief").

Plaintiffs' Response Brief contains information contemplated by the Court's July 16, 2012 Order, which is confidential to Plaintiffs.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court issue an order permitting Plaintiffs to file under seal Plaintiffs' Response Brief.

///

///

///

- 2 -

**Plaintiffs' Memo. of Points and Authorities in Support of Their Motion to File Certain Documents Under Seal**   08-cv-1992-AJB-MDD

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | By: */s/ John van Loben Sels* |
|   | John van Loben Sels |
| 3 | State Bar No. 201354 |
|   | **WANG, HARTMANN, GIBBS & CAULEY, P.L.C.** |
| 4 | 2570 W. El Camino Real, Suite 440 |
| 5 | Mountain View, California 94040 |
|   | Telephone: (650) 209-1230 |
| 6 | Facsimile: (650) 209-1231 |

Peter A. Sullivan
New York State Bar No. 2563039
Ronald Abramson
New York State Bar No. 1457126
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

**COUNSEL FOR PLAINTIFFS GABRIEL TECHNOLOGIES CORPORATION AND TRACE TECHNOLOGIES, LLC**

- 3 -