# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL TECHNOLOGIES CORPORATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QUALCOMM INCORPORATED, et al., <br><br> Defendants. | CASE NO. 08cv1992-AJB (MDD) <br><br> ORDER LIFTING STAY ON DISCOVERY PENDING RESOLUTION OF DISCOVERY DISPUTE |

On June 27, 2012, the Court issued an order staying discovery on the damages issue (ECF No. 273) pending the Court's ruling on the joint motion for discovery dispute resolution filed June 6, 2012 (ECF No. 266).  On August 2, 2012, the Court issued a ruling on the motion.  (ECF No. 287).  Discovery is no longer stayed.  The Court's scheduling order of May 21, 2012, is fully in effect.  (ECF No. 263).

IT IS SO ORDERED.

DATED: August 3, 2012

Hon. Mitchell D. Dembin
U.S. Magistrate Judge