John van Loben Sels (State Bar No. 201354)
**WANG, HARTMANN, GIBBS & CAULEY, P.L.C.**
2570 W. El Camino Real, Suite 440
Mountain View, California 94040
johnvanlobensels@whgclaw.com
Telephone: (650) 209-1230
Facsimile: (650) 209-1231

Peter A. Sullivan (New York State Bar No. 2563039)
Ronald Abramson (New York State Bar No. 1457126)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004
sullivan@hugheshubbard.com
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| **GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**QUALCOMM INCORPORATED, SNAPTRACK, INC., and NORMAN KRASNER,**<br><br>Defendants. | CIVIL ACTION NO. 3:08-cv-01992-AJB-MDD<br><br>**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

## PROCEDURAL BACKGROUND

Plaintiffs refer the Court to Defendants' Memorandum of Points and Authorities in Support of Motion for an Order to Submit Certain Documents Under Seal (Doc. No. 277) and the Court's July 16, 2012 Order granting that motion (Doc. No. 280). Briefly, the Court's Protective Order of April 21, 2010 (Doc. No. 67) generally prohibits the disclosure of confidential materials and provides that a party who wishes to file confidential information under seal must first seek permission from the Court under Civil Local Rule 79.2.

## ARGUMENT

Plaintiffs move to file under seal the following documents:

1) Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Exclude Opinion Testimony of Apostolos K. Kakaes, Ph.D. ("Plaintiffs' Brief");

2) Declaration of Ronald Abramson in Support of Plaintiffs' Motion to Exclude Opinion Testimony of Apostolos K. Kakaes, Ph.D. ("RA Dec."); and

3) Declaration of Anant Sahai in Support of Plaintiffs' Motion to Exclude Opinion Testimony of Apostolos K. Kakaes, Ph.D. ("Sahai Dec.")

Plaintiffs' Brief, the RA Dec. and the Sahai Dec. and their exhibits contain information contemplated by the Court's July 16, 2012 Order, which is confidential to the Parties.

///

///

///

- 1 -

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court issue an order permitting Plaintiffs to file under seal Plaintiffs' Brief, the RA Dec., and the Sahai Dec along with their accompanying exhibits.

Dated: August 10, 2012

Respectfully submitted,

By: */s/ John van Loben Sels*
    John van Loben Sels
    State Bar No. 201354
    **WANG, HARTMANN, GIBBS & CAULEY, P.L.C.**
    2570 W. El Camino Real, Suite 440
    Mountain View, California 94040
    Telephone: (650) 209-1230
    Facsimile: (650) 209-1231

    Peter A. Sullivan
    New York State Bar No. 2563039
    Ronald Abramson
    New York State Bar No. 1457126
    **HUGHES HUBBARD & REED LLP**
    One Battery Park Plaza
    New York, NY 10004
    Telephone: (212) 837-6000
    Facsimile: (212) 422-4726

**COUNSEL FOR PLAINTIFFS GABRIEL TECHNOLOGIES CORPORATION AND TRACE TECHNOLOGIES, LLC**

- 2 -

Plaintiffs' Memo. of Points and Authorities in Support of Their Motion to File Certain Documents Under Seal   08-cv-1992-AJB-MDD