# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

GABRIEL TECHNOLOGIES
CORPORATION and TRACE
TECHNOLOGIES, LLC,

V.

QUALCOMM INCORPORATED,
SNAPTRACK, INC. And NORMAN
KRASNER,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08CV1992 AJB (MDD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants Qualcomm, Inc., SnapTrack, Inc., and Norman Krasners motion for summary judgment, (Doc. No. 323 ) is granted. Defendants motion to exclude expert testimony (Doc. No. 294 ) is denied and is denied as moot. Plaintiffs motion to exclude expert testimony, (Doc. No. 301), is denied as moot.

| September 28, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s./ Y.Barajas
(By) Deputy Clerk

ENTERED ON September 28, 2012

08CV1992 AJB (MDD)